■ In the Matter of the Election of Directors of the BETBY CORPORATION. FRANCES M. PURDY et al., Individually and as Executrices of HERBERT McL. PURDY, Deceased, Appellants; BETBY CORPORATION et al., Respondents.— Order unanimously affirmed, with $20 costs and disbursements to the respondents. No opinion. Concur — Breitel, J. P., Rabin, M. M. Frank, Stevens and Bastow, JJ.

■ In the Matter of the Election of Directors of the FIFTH MADISON CORPORATION. FRANCES M. PURDY et al., Individually and as Executrices of HERBERT McL. PURDY, Deceased, Appellants; FIFTH MADISON CORPORATION et al., Respondents.— Order unanimously affirmed, with $20 costs and disbursements to the respondents. No opinion. Concur — Breitel, J. P., Rabin, M. M. Frank, Stevens and Bastow, JJ.

■ In the Matter of BERNARD C. MADDEN et al., Appellants, et al., Petitioners, against CHARLES T. ATKINS, as President of New York Association No. 88 of Masters, Mates & Pilots of America, Inc., et al., Respondents. NATIONAL CITY SAFE DEPOSIT COMPANY, Third-Party Respondent.— Order unanimously affirmed, with $20 costs and disbursements to the respondents. No opinion. Concur — Breitel, J. P., Rabin, M. M. Frank, Stevens and Bastow, JJ.

■ In the Matter of BERNARD C. MADDEN et al., Appellants, et al., Petitioners against CHARLES T. ATKINS, as President of New York Association No. 88 of Masters, Mates & Pilots of America, Inc., et al., Respondents. FIRST NATIONAL CITY BANK OF NEW YORK, Third-Party-Respondent.— Order unanimously reversed, on the law, on the facts and in the exercise of discretion, with $20 costs and disbursements to abide the event. The matter is remanded to Special Term to take proof of the judgment and to ascertain and, if necessary, to substitute proper parties. The record does not contain the judgment, and there is issue raised as against whom it runs, there having been a change in the officers of the union. Concur — Breitel, J. P., Rabin, M. M. Frank, Stevens and Bastow, JJ.

■ ELLA DAVIS, Appellant, v. ALVIN CHEESMAN, Respondent.— Order unanimously reversed on the law and on the facts and in the exercise of discretion, with $20 costs and disbursements to appellant, and the motion for a rule V preference under New York County Supreme Court Trial Term Rules granted, with $10 costs. On this record, plaintiff has made a sufficient showing to warrant the granting of a preference. Concur — Breitel, J. P., Rabin, M. M. Frank, Stevens and Bastow, JJ.

■ ANNIE L. THOMAS et al., Appellants, v. LENOX 116 INC., Respondent.— Order denying a preference pursuant to subdivision 5 of rule V of the New York County Supreme Court Trial Term Rules is modified on the law, on the facts and in the exercise of discretion, to grant leave to the plaintiff to make a new application for the same relief sought herein on new and additional medical proof, and, as modified, is otherwise affirmed, without costs. From the papers it appears that the last examination of the plaintiff by a medical expert occurred on June 6, 1957. It cannot, therefore, be determined whether the injuries claimed are permanent. If the plaintiff makes a new motion for a preference, a doctor's affidavit based on a current examination and showing the nature and extent of the permanency claimed should be supplied, if that be the fact, for without such proof, the action does not warrant the preference sought. Concur — Breitel, J. P., Rabin, M. M. Frank, Stevens and Bastow, JJ.

■ MINNIE MURPHY, Appellant, v. STUYVESANT TOWN LAUNDERETTE, INC., Respondent.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur — Breitel, J. P., Rabin, M. M. Frank, Stevens and Bastow, JJ.